IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

T.H., FATHER OF N.L.H., A CHILD,

     Appellant,

     v.

     Case No.  5D22-179
     LT Case No. 2019-DP-000314

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellee,
_____/

Decision filed April 20, 2022

Appeal from the Circuit Court
for Marion County,
Stacy M. Youmans, Judge.

Carl S. New, Ocala, for Appellant.

Rachel Batten, of Children's Legal Services,
Brooksville, for Appellee, Department of
Children and Families.

Sara Elizabeth Goldfarb, Statewide Director
of Appeals, and Samantha C. Valley, Senior
Attorney, of Statewide Guardian ad Litem
Office, Tallahassee, and Rebecca A.
Rodriguez, of Nelson, Mullins, Riley &
Scarborough, LLP, Fort Lauderdale, for
Guardian ad Litem.

PER CURIAM.

AFFIRMED.

EDWARDS, HARRIS and WOZNIAK, JJ., concur.